IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AUDREY M. RENNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>　　　　Defendant. | CV 15–171–M–DLC<br><br>ORDER<br><br>**FILED**<br>APR 06 2017<br>Clerk, U.S. District Court<br>District Of Montana<br>Missoula |

Pursuant to the parties' Stipulation for Dismissal (Doc. 57),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 6th day of April, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court